**RECEIVED**
**PRO SE**

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983    APR 29 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nafiz Watkins, Jr. #2935358
401 E. Eager Street

_____
(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. CCB-14-1437
(Leave blank on initial filing to be filled in by Court.)

Detective(s) Naisha A. Garcia and Joseph M. Zientek, Baltimore City Eastern District, 242 W. 29th street / Ricky Foxwell, Warden of the Baltimore City Detention Center, 401 E. Eager st. / Baltimore City Police Department - Eastern District, 1620 Edison Hwy / Jordan McHenry, BPD - Eastern district, 1620 Edison Hwy, et al.
(Full name and address of the defendant(s))

## COMPLAINT

I.  **Previous lawsuits**

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☒    NO ☐

   B.  If you answered YES, describe that case(s) in the spaces below.

      1.  Parties to the other case(s):

         Plaintiff: Nafiz Watkins, #2935358

         Defendant(s): Ricky Foxwell, Warden of the Baltimore City Detention Center, et al.

2. Court (if a federal court name the district; if a state court name the city or county): United States District Court For the District of Maryland

3. Case No.: Civil Action No. CCB-14-869

4. Date filed: 2/18/2014

5. Name of judge that handled the case: Catherine C. Blake

6. Disposition (won, dismissed, still pending, on appeal): Still pending

7. Date of disposition: N/A

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

    a. What was the result? I received no answer

    b. Did you appeal?

    YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: I didn't appeal because I never got a response

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

① First off, I was arrested at 7:00 pm on May 4, 2013 in reference to an armed carjacking that took place on May 3, 2013. The arresting officer (OFC. Jordan McHenry) is alleging that I was driving the car but my fingerprints were not found in the car. I was only supposed to be charged with possessing stolen goods since I did not match the description of the assailant who robbed the victim at knife point given by the victim before the identification procedure took place. Next, the detectives assigned to this case conducted a photo array at (continued)

IV. Relief
(State briefly what you want the Court to do for you.)

I am seeking $15,080 for loss of wages, $7,020 for t.L.A losses, $200,000 for pain and suffering and mental anguish, $250,000 for false arrest and (continued)

SIGNED THIS __3__ day of __June__, __2014__.

_____
(original signature of plaintiff)

401 E. Eager Street
_____

_____
(address of plaintiff)

Case 1:14-cv-01437-CCB   Document 4   Filed 06/13/14   Page 4 of 6
Case 1:14-cv-01437-CCB   Document 1   Filed 04/29/14   Page 4 of 7

Page 1

Part III Statement of Claim (continued)

9:15 pm irregardless of not having a legitimate reason for not attempting a corporeal lineup with counsel present which would have been more appropriate since I was arrested and the investigation was focused on me. The record shows there was no need for exigency since the victim wasn't dying. They had no respect for when adversarial judicial proceedings were initiated by the filing of a complaint which was done at 6:35pm on May 4, 2013 in the Arrest/case disposition Report signed by P/O Jordan Mchenry (arresting officer) and Sgt. Wilson (supervisor). Detectives even presented a photo array with me as the only person smiling which is conducive to Irrepairable misidentification and a due process violation. Detectives clearly did this to build a case and to bypass my lawyer. I was not advised that my picture was being presented to a witness for possible identification which is indefensible and deprives me of reconstructing the photo identification procedure in terms of the facts relating to the manner and mode of the procedure. Even though I was in the Post-Arrest-Pre-indictment stage of the state's prosecution, I was not advised of my right to counsel nor did the detectives elicit an intelligent waiver of the same. Due to negligence, biased intent, and the interest of these detectives, I am being held with no bond in a facility that has been violating my constitutional rights for months. I was even given a impartial bond hearing in which the state's side was the only side given weight in considering the "facts of the case".

(2) I am being denied the free exercise of my religion and the jail is violating the establishment clause of the first amendment to the United States Constitution because they are giving special treatment to certain religious groups. For example, the fellowship meeting of bible study for christians is allowed but "Jumu'ah" for us muslims, which is mandatory in Islam, is not being conducted purposely.

Case 1:14-cv-01437-CCB   Document 4   Filed 06/13/14   Page 5 of 6
Case 1:14-cv-01437-CCB   Document 4   Filed 04/29/14   Page 6 of 7

Page 3

Part III - Statement of Claim (continued)

given laundry service. Murky water that smells like sewage constantly flows down the tier and when you try to mop it up it smells unbearable. I also haven't had water in my cell for a month and it hasn't been fixed yet. Despite the various tries for redress I have been ignored and been made to suffer.

Part IV Belief (continued)

False Imprisonment, $300,000 for defamation of character and libel, $150,000 for violating my first amendment freedom of religion constitutional right, $100,000 for violating the fifth and fourteenth amendments by punishing me in a cruel and unusual manner and for their deliberate indifference, $100,000 for the jail restricting my access to the courts.