9-11-2014

To whom it may concern:

As far as me being provided with inadequate mental health treatment the person(s) held accountable are Leslie A. Earll, Psychiatrist and Warden Ricky Foxwell. I hold Master control responsible but I am locked in a cell so I cant find out who works that post.

Captain Matti, Assistant Warden Ms. Oliver, Warden Ricky Foxwell are responsible for us not getting Jumu'ah for months at a time. The assistant Warden Ms. Oliver is just hiring someone to do this service after 15 months of deprivation.

As far as the lack of running water Correctional officer F. Meshileya was advised and he allegedly contacted Maitenance. Maitenance never fixed anything but I am unable to find out the person who works for Maitenance who was charged to fix the cell. My cell number was J-section cell 117-118. Everything should be logged in a official logbook.

As far as the smelly water running down the tier I notified Captain Barksdale, Captain Taylor, lieutenant Anderson, Sergeant dorsey, Sergeant Winston, correctional officer F. Meshileya, and Assistant Warden Ms Oliver all of whom did nothing.

Please keep in mind that the information I provide is limited because I am in a cell and unable to find out others